■ THE PEOPLE OF THE STATE OF NEW YORK V CHARLES ALEXANDER.—Application for coram nobis and other relief denied. Concur—Kupferman, Sandler, Sullivan and Kassal, JJ.

Murphy, P. J., dissents and would grant the writ to the extent of affording defendant a new appeal only on the issues pertaining to the propriety of his sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK V JAMES MELVIN LEE.—Application, deemed as one seeking reargument of this court's order entered on May 4, 1978 (63 AD2d 572), granted in that respect and, upon reargument, court adheres to its original determination in aforesaid order of May 4, 1978. Concur—Murphy, P. J., Kupferman, Sullivan, Asch and Milonas, JJ.

■ MCDOUGALD V GARBER.—Motion and cross motions for leave to appeal to Court of Appeals granted, and defendant New York Infirmary's cross motion denied insofar as it seeks reargument. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Rosenberger, JJ.